# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA MATHEWS, | ) |
| Petitioner, | ) |
| v. | ) No. CIV-21-1023-R |
| ABOUTANAA ELHABTE, MBCC WAREDEN, | ) |
| Respondent. | ) |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on October 26, 2021. Doc. No. 5. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety and Plaintiff is ordered to pay the five-dollar filing fee within twenty-one days of the date of this Order. Failure to pay the filing fee in a timely manner will result in the Court dismissing the Plaintiff's claims without prejudice.

IT IS SO ORDERED this 23rd day of November 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE